**HOLLEY, DRIGGS, WALCH, FINE,
PUZEY STEIN & THOMPSON**
JAMES W. PUZEY, ESQ.
MICHAEL R. AYERS, ESQ.
JOHN SAVAGE, ESQ.
800 S. Meadows Parkway, Suite 800
Reno, Nevada 89521
Telephone: 775/851-8700
Facsimile: 775/851-7681

*Attorneys for Defendant NAVIENT SOLUTIONS, LLC*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GRACE QUINN,<br><br>                     Plaintiff,<br><br>v.<br><br>NAVIENT<br><br>                     Defendant. | Case No. 2:18-cv-01792-RFB-GWF<br><br>**STIPULATION AND ORDER DISMISSING COUNTS II-III OF PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

Plaintiff GRACE QUINN ("Plaintiff") and Defendant NAVIENT SOLUTIONS, LLC, incorrectly named NAVIENT in the Complaint, by and through their respective counsel, stipulate and agree to the dismissal <u>with prejudice</u> of Counts II and III (sounding in Negligent Violations of the Telephone Consumer Protection Act; and Knowing and/or Willful Violations of the Telephone Consumer Protection Act, (47 U.S.C. § 227, *et seq.*) respectively) from Plaintiff's Complaint.

**IT IS SO STIPULATED.**

Dated this 11th day of December 2018.

                                                **HOLLEY, DRIGGS, WALCH, FINE,
PUZEY STEIN & THOMPSON**

                                                */s/ Michael R. Ayers*
                                                JAMES W. PUZEY, ESQ.
                                                MICHAEL R. AYERS, ESQ.
                                                JOHN SAVAGE, ESQ.
                                                800 S. Meadows Parkway, Suite 800
                                                Reno, Nevada 89521

                                                *Attorneys for Defendant
                                                NAVIENT SOLUTIONS, LLC*

Dated this 11th day of December 2018.

**HAINES & KRIEGER, LLC**

*/s/ David H. Krieger*
DAVID H. KRIEGER, ESQ.
SHAWN W. MILLER, ESQ.
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
*Attorneys for Plaintiff*

## ORDER

The Dismissal with Prejudice of Counts II and III (sounding in Negligent Violations of the Telephone Consumer Protection Act; and Knowing and/or Willful Violations of the Telephone Consumer Protection Act, (47 U.S.C. § 227, et seq.) respectively) of Plaintiff Grace Quinn's Complaint is so ORDERED AND ADJUDGED.

Dated this 12th day of December, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of December, 2018, I served a copy of the foregoing **STIPULATION AND ORDER DISMISSING COUNTS II-III OF PLAINTIFF'S COMPLAINT WITH PREJUDICE** upon the party below via electronic service through the United States District Court for the District of Nevada's ECF system:

David H. Krieger, Esq.
Shawn W. Miller, Esq.
HAINES & KLRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Attorney for Plaintiff

By: /s/ SUSAN M. MATEJKO
An Employee of Holley Driggs Walch Fine Puzey Stein & Thompson