**HOLLEY, DRIGGS, WALCH, FINE,
PUZEY, STEIN & THOMPSON**
MICHAEL R. AYERS, ESQ.
800 S. Meadows Parkway, Suite 800
Reno, Nevada 89521
Telephone:   775/851-8700
Facsimile:    775/851-7681

*Attorneys for Defendant NAVIENT SOLUTIONS, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GRACE QUINN,<br><br>        Plaintiff,<br><br>v.<br><br>NAVIENT,<br><br>        Defendant. | Case No. 2:18-cv-01792-RFB-GWF<br><br>**JOINT STIPULATION TO DISMISS WITH PREJUDICE** |

Plaintiff GRACE QUINN ("Plaintiff") and Defendant NAVIENT SOLUTIONS, LLC, misnamed as Navient ("NSL"), by and through their respective counsel, file this Joint Stipulation to dismiss the above captioned action with prejudice. Parties agree that each party is to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated this 30th day of January 2019.

| | |
|---|---|
| **HOLLEY, DRIGGS, WALCH, FINE,<br>PUZEY, STEIN & THOMPSON**<br><br>*/s/ Michael R. Ayers*<br>JAMES W. PUZEY, ESQ.<br>MICHAEL R. AYERS, ESQ.<br>JOHN SAVAGE, ESQ.<br>800 S. Meadows Parkway, Suite 800<br>Reno, Nevada 89521<br>*Atorneys for Defendant NAVIENT SOLUTIONS, LLC* | **HAINES & KRIEGER, LLC**<br><br>*/s/ Shawn W. Miller*<br>SHAWN W. MILLER, ESQ.<br>DAVID H. KRIEGER, ESQ.<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br>*Attorneys for Plaintiff*<br><br>IT IS SO ORDERED:<br><br>_____<br>RICHARD F. BOULWARE, II<br>UNITED STATES DISTRICT JUDGE<br><br>DATED this 31st day of January, 2019. |

**IT IS SO ORDERED**, this _____ day of _____, 2019.

_____
JUDGE, UNITED STATES DISTRICT COURT

# CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of January 2019, I served a copy of the foregoing **JOINT STIPULATION TO DISMISS WITH PREJUDICE** upon the party below via electronic service through the United States District Court for the District of Nevada's ECF system:

David H. Krieger, Esq.
Shawn W. Miller, Esq.
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Attorney for Plaintiff

By: /s/ SUSAN M. MATEJKO
An Employee of Holley Driggs Walch Fine Puzey Stein & Thompson